UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANDACE NELSON,

    Plaintiff,

v.

I. MATTHEW MILLER, et al.,

    Defendants.

_____/

Case No. 1:23-cv-27

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order of Dismissal entered on May 26, 2023:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  May 30, 2023

    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge